**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-22463 | LMI | Judge: | Laurel M. Isicoff | | Trustee Name: | DREW M. DILLWORTH, TRUSTEE |
|---|---|---|---|---|---|---|---|
| Case Name: | Lissett Rodriguez | | | | | Date Filed (f) or Converted (c): | 10/13/2017 (f) |
| | | | | | | 341(a) Meeting Date: | 11/08/2017 |
| For Period Ending: | 06/30/2020 | | | | | Claims Bar Date: | 12/21/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1988 Sump | 20,000.00 | 1.00 | | 0.00 | 1.00 |
| 2. 19170 Nw 46 Ave Opa Locka Fl 33055-0000 Miami-Dade | 47,500.00 | 0.00 | | 0.00 | FA |
| 3. 2 Chairs, Plates, Bed, Dresser, Nightstand., Loveseat In Deb | 800.00 | 1.00 | | 0.00 | FA |
| 4. Used Clothing And Shoes. In Debtor's Possession. Value Base | 40.00 | 0.00 | | 0.00 | FA |
| 5. Ring, Bracelets, Earrings, Watch. | 200.00 | 1.00 | | 0.00 | 1.00 |
| 6. Bank Of America | 20.00 | 1.00 | | 0.00 | 1.00 |
| 7. Miami Postal Service Credit Union | 13.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $68,573.00     $5.00     $0.00     $4.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/14/17-Jim Miller is investigating over exemptions
6//29/18-Attorney has filed motions to extend deadlines
3/15/19-Waiting for funds in order to establish bar date
6/1/19-Counsel is investigating over exemptions
4/1/20-JBM is investigating claims

Initial Projected Date of Final Report (TFR): 12/30/2019     Current Projected Date of Final Report (TFR): 12/30/2021

Trustee Signature:     /s/ DREW M. DILLWORTH, TRUSTEE     Date: 07/28/2020

DREW M. DILLWORTH, TRUSTEE
150 W. FLAGLER STREET
22ND FLOOR
MIAMI, FL 33130
(305) 789-3598
ddillworth@stearnsweaver.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-22463  
Case Name: Lissett Rodriguez  

Trustee Name: DREW M. DILLWORTH, TRUSTEE  
Bank Name:  
Account Number/CD#:  

Taxpayer ID No:  
For Period Ending: 06/30/2020  

Blanket Bond (per case limit): $73,967,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  | No Bank Accounts |  |  |  |  |  |

|  |  |
|---|---|
| COLUMN TOTALS | $0.00    $0.00 |
| Less: Bank Transfers/CD's | $0.00    $0.00 |
| Subtotal | $0.00    $0.00 |
| Less: Payments to Debtors | $0.00    $0.00 |
| Net | $0.00    $0.00 |

Page Subtotals:    $0.00    $0.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:    /s/ DREW M. DILLWORTH, TRUSTEE    Date: 07/28/2020

DREW M. DILLWORTH, TRUSTEE
150 W. FLAGLER STREET
22ND FLOOR
MIAMI, FL 33130
(305) 789-3598
ddillworth@stearnsweaver.com

Page Subtotals:    $0.00    $0.00